# United States District Court
## For The Western District of North Carolina
### Asheville Division

JIMMY LEE HARRIS,

                Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                     1:10CV27-03-MU

SCOTT HUSKIN et. Al.,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/2/10 Order.

Signed: February 2, 2010

Frank G. Johns, Clerk
United States District Court